IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| KELLY S., | Case No. 1:24-cv-577 |
| Plaintiff, | Judge Matthew W. McFarland |
| v. | |
| COMMISIONER OF SOCIAL SECURITY, | |
| Defendant. | |

### ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 15)

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Kimberly A. Jolson (Doc. 15), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, the Commissioner of Social Security's nondisability finding is **REVERSED** and this case is **REMANDED** to the Commissioner and the ALJ under Sentence Four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *Matthew W. McFarland*
JUDGE MATTHEW W. McFARLAND